624

June 21, 1979.

417 A.2d 783

Commonwealth v. Bailey, Appellant.

Submitted March 12, 1979. H. Stanley Rebert, Public Defender, for appellant; Richard H. Horn, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 784

Commonwealth v. Judge, a/k/a Giordano, Appellant.

Submitted March 12, 1979. Larry A. Kalikow, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.